THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Peter Leslie
 McKee, Appellant.
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2011-UP-409
 Submitted August 15, 2011  Filed August
29, 2011    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Daniel E. Johnson, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Peter McKee appeals his guilty plea, arguing the circuit court
 erred in accepting his plea when the State failed to show he had defrauded
 investors.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
HUFF, PIEPER, and LOCKEMY,
 JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.